United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Patterson, Brian Glenn |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, August 07, 2014 |
| Re: | 05:14-CV-00704-OLG / Doc # 2 / Filed On: 08/06/2014 04:43 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.**  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed order required with motion.  DO NOT re-file entire document.  Please file ONLY the proposed order using the "Attachment" event located under "Other Documents" from menu and link the proposed order to this document. See page 11, item 9d of the Administrative Policies and Procedures for Electronic Filing, Western of District of Texas.